**Order entered December 14, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00711-CR

### SHEPHARD MAPOLISA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 10**
**Dallas County, Texas**
**Trial Court Cause No. MA-1462666-L**

## ORDER

Before the Court is appellant's November 29, 2016 motion to file supplemental brief. The Court **GRANTS** appellant's request.

We **ORDER** the Clerk of the Court to file appellant's supplemental brief tendered as of the date of this order.

/s/     ADA BROWN
        JUSTICE